

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00534-CV

**EP ENERGY COMPANY,**
Appellant

v.

**STOREY MINERALS, LTD,** Maltsberger/Storey Ranch, LLC, and Rene Barrientos, Ltd.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-05-00083-CVL
The Honorable Russell Wilson, Judge Presiding

# O R D E R

Leticia M. Escamilla's notification of late reporter's record is hereby GRANTED. Time is extended to September 18, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court